# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 17-1378V
Filed: May 16, 2024

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
                                                 *
                                                 *
                                                 *
JODI FISKE,                                      *
                                                 *
                    Petitioner,                  *
                                                 *
                                                 *
v.                                               *
                                                 *
                                                 *
SECRETARY OF HEALTH AND                          *
HUMAN SERVICES,                                  *
                                                 *
                                                 *
                    Respondent.                  *
                                                 *
* * * * * * * * * * * * * * * * * * * * * * * * * *
```

*Andrew Downing*, Downing, Allison & Jorgenson, Phoenix, AZ, for Petitioner
*Katherine Edwards*, U.S. Department of Justice, Washington, DC, for Respondent

## DECISION AWARDING DAMAGES[1]

On September 28, 2017, Jodi Fiske ("Petitioner") filed a petition seeking compensation under the National Vaccine Injury Compensation Program ("the Vaccine Program").[2] Pet., ECF No. 1. Petitioner alleges that she developed small fiber neuropathy ("SFN") from the influenza ("flu") vaccine she received on September 29, 2014. *See* Pet. at 1; *see also* ECF No. 100 ("Proffer") at 1.

On November 13, 2023, I issued a Ruling on Entitlement finding that Petitioner was

---

[1] Because this Decision contains a reasoned explanation for the action in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] The Vaccine Program comprises Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755 (codified as amended at 42 U.S.C. §§ 300aa-10–34 (2012)) (hereinafter "Vaccine Act" or "the Act"). All subsequent references to sections of the Vaccine Act shall be to the pertinent subparagraph of 42 U.S.C. § 300aa.

entitled to compensation as she had demonstrated by preponderant evidence that the flu vaccine caused her condition. Ruling on Entitlement at 1, ECF No. 79.

Respondent filed a proffer on May 15, 2024 (ECF No. 100), agreeing to issue the following payment:

A lump sum of **$98,589.97**,[3] which amount represents actual and projected pain and suffering ($92,500.00), and past unreimbursed expenses ($6,089.97), in the form of a check payable to Petitioner.

These amounts represent all elements of compensation for all damages that would be available under § 300aa-15(a).

I adopt Respondent's proffer attached hereto, and award compensation in the amount and on the terms set forth therein. I approve a Vaccine Program award in the requested amount set forth above to be made to Petitioner. The Clerk of Court is directed to enter judgment in accordance with this decision.[4]

**IT IS SO ORDERED.**

**s/ Katherine E. Oler**
Katherine E. Oler
Special Master

---

[3] Although the proffer documents that $98,589.87 is the amount to be paid to Petitioner, this appears to be a computation error.

[4] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by each party filing a notice renouncing the right to seek review.